IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY L. GEORGE, JR.,

        Petitioner,           No. CIV S-10-3058 GGH P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

        Respondents.        ORDER

_____/

        On December 7, 2010, the court ordered that respondent answer petitioner's petition for a writ of habeas corpus and ordered petitioner to file an application to proceed in forma pauperis. On December 30, 2010, petitioner filed an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

\\\\\

\\\\\

\\\\\

1

1  IT IS HEREBY ORDERED that petitioner's application to proceed in forma
2  pauperis is granted.
3  DATED: January 31, 2011

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH: AB
geor3058.ifp